JOSEPH P. GARIN, ESQ. (NV Bar No. 6653)
ANDY L. EDMONDSON, ESQ.(NV Bar No. 11113)
LIPSON, NEILSON, COLE SELTZER & GARIN, P.C.
9580 West Sahara Avenue, Suite 120
Las Vegas, Nevada 89117
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
*Attorneys for Defendants*, BALBOA INSURANCE COMPANY AND MERITPLAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GALINA LVOVA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BALBOA INSURANCE GROUP;<br>MERITPLAN INSURANCE GROUP;<br>DOES I -V; ROE BUSINESS ENTITIES VI-X, inclusive,<br><br>　　　　　Defendants | CASE NO.:2-10-cv-00411-JCM-LRL<br><br>**(Formerly Case No. A611306 in the Eighth Judicial District Court, Clark County, Nevada)** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties and through the counsels undersigned, that the above-entitled action be dismissed with prejudice with respect to all parties and claims, with each party to bear its own attorneys' fees and costs.

Dated this 24th of, August, 2010.

JESSE SBAIH & ASSOCIATES, LTD.

By: _____
Jesse M. Sbaih, Esq. (Bar. No. 7898)
170 S. Green Valley Prkwy., Ste 280
Henderson, NV 89012
(702) 896-2529
*Attorneys for Plaintiff GALINA LVOVA*

Dated this 31 of August, 2010.

LIPSON, NEILSON, COLE, SELTZER, & GARIN, P.C.

By _____
Joseph P. Garin, Esq.(Bar No. 6653)
Andy Edmondson, Esq. (Bar No. 11113)
9580 West Sahara Avenue, Suite 120
Las Vegas, Nevada  89117
(702) 382-1500
*Attorneys for Defendants BALBOA INSURANCE COMPANY AND MERITPLAN INSURANCE COMPANY*

## ORDER

Upon stipulation of parties for dismissal of the above-entitled matter, good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated this 7th day of September, 2010.

*/s/ James C. Mahan*
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

JOSEPH P. GARIN, ESQ. (NV Bar No. 6653)
ANDY L. EDMONDSON, ESQ.(NV Bar No. 11113)
LIPSON, NEILSON, COLE SELTZER & GARIN, P.C.
9580 West Sahara Avenue, Suite 120
Las Vegas, Nevada 89117
*Attorneys for Defendants* BALBOA INSURANCE COMPANY AND MERITPLAN INSURANCE COMPANY